## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

_____

CARLOS ALFREDO GUAMBUGUETE CORREGIDOR,

     Petitioner,

    v.                        Case No.1:26-cv-00193 KWR-KRS

PAMELA BONDI, *Attorney General of the United States,*
DAREN K. MARGOLIN, *Director for Executive Office for*
*Immigration Review,*
MARY DE ANDA-YBARRA, *Field Office Director of the*
*El Paso Field Office, U.S. Immigration and Customs Enforcement,*
DORA CASTRO, *Warden of the Otero County Processing Center,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

     Respondents.

## <u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

THIS MATTER comes before the Court on Respondents' response to the Petition. *See* Doc. 6. In the Petition, in addition to claims for a statutory violation of the INA, Petitioner asserted claims for violation of his Fourth and Fifth Amendment rights. Petitioner argued that as a remedy for the constitutional violations the Court should order his release. Doc. 1 at 18-20. Here, Respondents' response did not address the constitutional violations or Petitioner's argument as to why he should be released for the constitutional violations.

Although Respondents referenced the Court's prior decision in *Munoz Teran* granting a bond hearing, in that case the Court concluded that a bond hearing was appropriate for a *statutory* violation.

Therefore, the Court directs Respondents to file supplemental briefing addressing the Petition and the issues above within **seven (7) days** of the entry of this order. If Respondents fail to timely respond or address these arguments, the Court may rule on the Petition, grant the Petition as unopposed, or order Petitioner released.

**IT IS SO ORDERED**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE