**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

CARLOS ALFREDO GUAMBUGUETE CORREGIDOR,

Petitioner,

v. Case No. 2:26-cv-00193-KWR-KRS

PAMELA BONDI, *Attorney General*,
DAREN K. MARGOLIN, *Director for Executive Office for Immigration Review*,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
KRISTI NOEM, *Secretary, U.S. Department of Homeland Security, Department of Homeland Security*,
TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement*,
MARY DE ANDA-YBARRA, *Director, El Paso Field Office Field Office, Immigration and Customs Enforcement*, and
GEORGE DEDOS, *Warden of Torrance County Detention Facility*,

Respondents.

**<u>JUDGMENT</u>**

Consistent with the Memorandum Opinion and Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this Order, provided that the Court makes no determination whether in the future § 1231 detention provisions may apply. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE